# NO. 12-15-00242-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *SUNRISE SHORES PROPERTY OWNERS ASSOCIATION, INC., APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT* |
| *HERSHEL JONES AND WANDA JONES, APPELLEES* | § | *HENDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3.

According to the rules of appellate procedure, the filing fee is due when an item is presented for filing. *See* TEX. R. APP. P. 5. Additionally, a docketing statement must be filed at the time the appeal is perfected. TEX. R. APP. P. 32.1. Appellant filed its notice of appeal in the trial court on June 23, 2015, but did not pay the filing fee or file a docketing statement. On September 24, 2015, this court sent Appellant a notice requesting that it remit the filing fee for the appeal on or before October 5, 2015. In a separate notice on the same date, this court informed Appellant that it should file a docketing statement within ten days if it had not already done so.

Appellant did not pay the filing fee or file the docketing statement as requested. Accordingly, on October 8, 2015, this court issued another notice advising Appellant that neither the filing fee nor the docketing statement had been received. The notice further provided that unless the filing fee was paid and the docketing statement filed on or before October 19, 2015, the appeal would be presented for dismissal in accordance with Rule 42.3. The October 19, 2015

deadline has now passed, and Appellant has not complied with the court's request. Because Appellant has failed to comply with Texas Rules of Appellate Procedure 5 and 32.1, the appeal is *dismissed*. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered October 30, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### OCTOBER 30, 2015

### NO. 12-15-00242-CV

**SUNRISE SHORES PROPERTY OWNERS ASSOCIATION, INC.,**
Appellant
V.
**HERSHEL JONES AND WANDA JONES,**
Appellees

Appeal from the County Court

of Henderson County, Texas (Tr.Ct.No. 7303)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*